**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title:  Case Number: 1:24-cv-03459

Safe&Safety Inc. et al v. The Individuals and Entities Identified on Schedule A to The Complaint

An appearance is hereby filed by the undersigned as attorney for:

Z ZLJUAN (A10U5VLKREMJBD)
Karmila (A2DLEV0KDII4VY)
Grimtron's Safety Store (A17GF51TUUO0IL)
MD MADOATS (A2UKFCO91OABBA)

Attorney name (type or print):  Christopher Keleher

Firm:   The Keleher Appellate Law Group, LLC

Street address:     1 East Erie, Suite 525

City/State/Zip:    Chicago, Illinois 60611

Bar ID Number:    6277771                Telephone Number:    312-448-8491
(See item 3 in instructions)

Email Address: ckeleher@appellatelawgroup.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | X Yes | ☐ No |
| Are you a member of the court's general bar? | X Yes | ☐ No |
| Are you a member of the court's trial bar? | X Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | X No |
| If this case reaches trial, will you act as the trial attorney? | X Yes | ☐ No |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 5, 2024

Attorney signature:     S/ Christopher Keleher
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023