UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAFE&SAFETY INC. and SHENZHEN ZHENGMI TECHNOLOGY CO., LTD. <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS AND ENTITIES IDENTIFIED ON SCHEDULE A TO THE COMPLAINT <br><br> Defendants. | Case Number: 24-cv-3459 <br><br> Judge: John F. Kness <br><br> Magistrate Judge: Jeannice W. Appenteng |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Zheng Gong of ShinyRise PLLC hereby respectfully requests that this honorable Court grant leave to withdraw as counsel for Plaintiffs SAFE&SAFETY INC. and SHENZHEN ZHENGMI TECHNOLOGY CO., LTD. (hereafter collectively referred to as "Plaintiffs") in the above-captioned lawsuit. In support of this motion, Zheng Gong states as follows:

1. Zheng Gong entered appearance on behalf of Plaintiffs on April 29.2024. [Dkt. 5].

2. Plaintiffs had failed to meet their obligations to ShinyRise PLLC.

3. Plaintiffs will continue to be represented by other counsel who have already entered their appearance.

**WHEREFORE**, Zheng Gong respectfully requests that this honorable Court grant this motion for leave to withdraw as counsel and that Zheng Gong's appearance be withdrawn, *instanter*.

Dated: July 7, 2024

                  Respectfully submitted,
                  */s/ Zheng Gong*
                  Zheng Gong

1

Illinois Bar No. 6323959
**ShinyRise PLLC**
zheng.gong@shinyrise.com
1 East Erie St Suite 525-5203
Chicago, IL 60611
(202) 818-8086

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 7th day of July, 2024 a copy of the foregoing paper was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Date: July 7th, 2024.                                  */s/ Zheng Gong*