## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Safe&Safety Inc. *et al.*,

                Plaintiff,

     v.

THE INDIVIDUALS AND ENTITIES
IDENTIFIED ON SCHEDULE A TO THE
COMPLAINT,

                Defendants.

Case No.: 1:24−cv−3459

Hon. John F. Kness

## Motion To Withdraw Counsel By Defendants

NOW COME Defendants Z ZLJUAN, Karmila, Grimtron's Safety Store, and MD MADOATS ("Defendants"), through the undersigned counsel, and hereby moves the Court for leave to withdraw the appearance of Christopher Keleher as counsel, pursuant to Local Rule 83.17. In support, Defendants state as follows:

1.     The undersigned counsel filed an appearance for the Defendants on July 6, 2024. Doc. 36.

2.     On July 25, 2024, the Defendants terminated the undersigned counsel.

3.      No trial date has been set for this matter.

4.      Defendants retained new counsel Mr. Pete Wolfgram.

5.      Mr. Wolfgram filed an appearance for the Defendants in this matter on

July 25, 2024. Doc. 59.


WHEREFORE, for the foregoing reasons, Defendants respectfully request this

Honorable Court enter an Order: Granting the withdrawal of Christopher Keleher.


July 27, 2024                          Respectfully submitted,

                                       s/ Christopher Keleher

                                       Christopher Keleher
                                       The Keleher Appellate Law Group, LLC
                                       1 East Erie St., Suite 525
                                       Chicago, IL 60611
                                       312-448-8491
                                       ckeleher@appellatelawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies on July 27, 2024 that a true and correct copyof the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com