DocuSign Envelope ID: 218B7A1C-9133-4836-ADCB-588D8ABCA93D



ShinyRise PLLC

1 East Erie St., Suite 525-5203
Chicago, IL, USA 60611

Zheng Gong
Managing Attorney
ShinyRise PLLC
T: +001 (202) 818-8086
zheng.gong@shinyrise.com

<u>VIA DocuSign</u>
July 3, 2024

MR. MINGJIE WANG
SAFE & SAFETY INC.
1312 17TH ST #692
DENVER, CO 80202
Phone: +001-209-646-0761
Email: safesafetyinc@gmail.com

MR. ZIYANG BAO
SHENZHEN ZHENGMI TECHNOLOGY CO., LTD.
Building Y1, Unit 202, Bantian Cultural and Creative Park, Longgang District
Shenzhen, Guangdong Province, China
Phone: +86-181-0930-0800
Email: 451191391@qq.com

**Matter Number:** 240225001.CC
**Re: Termination of Engagement**

**EXHIBIT A**

Dear Mr. Wang and Mr. Bao:

Pursuant to the terms of our engagement letter dated February 25, 2024, we are terminating our representation of SAFE & SAFETY INC. and SHENZHEN ZHENGMI TECHNOLOGY CO., LTD. (collectively, "**You," or "Your"**) effective immediately. Consequently, we no longer have an attorney-client relationship with You. We will file a motion to withdraw as counsel of record in the case *Safe&Safety Inc. et al v. The Individuals and Entities Identified on Schedule A to The Complaint* (1:24-cv-03459).

In connection with the termination of our services, all invoices for fees and disbursements are now immediately due and payable. Enclosed are copies of the unpaid invoice and receipt, including unpaid attorney fees of $102,860.00 and a court filing fee of $405.00. We appreciate Your prompt payment of all outstanding amounts using the payment information provided below. We reserve the right to place an attorney's lien on all client files and properties relating to Your matters if any invoices remain unpaid by July 5, 2024. Should we not receive full payment by that date, we will file an attorney's lien and may pursue appropriate legal actions.

We wish You success with Your case and future endeavors.

                                                  Very truly yours,

                                                  Zheng Gong

**Payment Information**

| | |
|---|---|
| Receiving Bank Name: | JPMorgan Chase Bank, N.A. |
| Receiving Bank Address: | 850 N Randolph, Arlington, VA 22203 |
| Account Name: | Shinyrise PLLC |
| Account Number: | 771893085 |
| Routing Number: (ACH) | 044000037 |
| Swift Code: | CHASUS33 |
| ABA Bank Routing Number: (Wire Transfer) | 021000021 |



# INVOICE

INVOICE NUMBER: 24cv03459 - #1
INVOICE DATE: JULY 03, 2024

FROM: ShinyRise PLLC
1 East Erie Street
Suite 525-5203
CHICAGO, IL 60611

240225001.CC

TO: SAFE & SAFETY INC. and SHENZHEN ZHENGMI TECHNOLOGY CO., LTD.
Building Y1, Unit 202, Bantian Cultural and Creative Park, Longgang District
Shenzhen, Guangdong Province
CHINA

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-05-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to clients regarding SAFE & SAFETY INC.'s patent assignment agreement and the value of the patent. Reviewing the said assignment agreement. | 0.60 | $600.00 | $360.00 |
| MAR-18-24 | 240225001.CC | Reviewing and analyzing US 11,112,212 including its prosecution history. | 3.60 | $600.00 | $2,160.00 |
| MAR-19-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to clients regarding the weaknesses of the patent and potential litigation risks. | 0.50 | $600.00 | $300.00 |
| MAR-19-24 | 240225001.CC | Reviewing and analyzing US 11,112,212 including its prosecution history, conducting initial infringement analysis of sample products identified by clients, and preparing initial internal memorandum regarding potential infringing products. | 3.90 | $600.00 | $2,340.00 |
| MAR-25-24 | 240225001.CC | Conducting pre-suit investigation regarding potential infringing products on Amazon.com and collecting information regarding the infringing products and infringing entity/individuals in preparation of drafting the Complaint for patent infringement. | 1.80 | $600.00 | $1,080.00 |
| MAR-27-24 | 240225001.CC | Conducting pre-suit investigation regarding potential infringing products on Amazon.com and collecting information regarding the infringing products and infringing entity/individuals in preparation of drafting the Complaint for patent infringement. | 1.20 | $600.00 | $720.00 |

INVOICE NUMBER: 24cv03459 - #1

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-28-24 | 240225001.CC | Conducting pre-suit investigation regarding potential infringing products on Amazon.com and collecting information regarding the infringing products and infringing entity/individuals in preparation of drafting the Complaint for patent infringement. | 1.40 | $600.00 | $840.00 |
| MAR-29-24 | 240225001.CC | Preparing patent marking guidelines for the clients and corresponding with Mr. Shaoyi Che to relay messages to the clients regarding patent marking compliance. | 0.50 | $600.00 | $300.00 |
| MAR-31-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the relationship between SAFE & SAFETY INC. and SHENZHEN ZHENGMI TECHNOLOGY CO., LTD., as well as the strategy for handling this relationship. | 0.30 | $600.00 | $180.00 |
| APR-01-24 | 240225001.CC | Conducting pre-suit investigation regarding potential infringing products on Amazon.com and collecting information regarding the infringing products and infringing entity/individuals in preparation of drafting the Complaint for patent infringement. | 3.60 | $600.00 | $2,160.00 |
| APR-02-24 | 240225001.CC | Conducting pre-suit investigation regarding potential infringing products on Amazon.com and collecting information regarding the infringing products and infringing entity/individuals in preparation of drafting the Complaint for patent infringement. | 1.70 | $600.00 | $1,020.00 |
| APR-04-24 | 240225001.CC | Conducting pre-suit investigation regarding potential infringing products on Amazon.com and collecting information regarding the infringing products and infringing entity/individuals in preparation of drafting the Complaint for patent infringement. | 4.80 | $600.00 | $2,880.00 |
| APR-05-24 | 240225001.CC | Conducting pre-suit investigation regarding potential infringing products on Amazon.com and collecting information regarding the infringing products and infringing entity/individuals in preparation of drafting the Complaint for patent infringement. | 1.20 | $600.00 | $720.00 |
| APR-06-24 | 240225001.CC | Corresponding with Mr. Ziyang Bao and Mr. Shaoyi Che regarding patent marking requirement. Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding patent marking and the clients' request for a brief patent infringement analysis. | 0.60 | $600.00 | $360.00 |
| APR-07-24 | 240225001.CC | Preparing internal infringement claim chart for discussion with clients. | 2.70 | $600.00 | $1,620.00 |

DocuSign Envelope ID: 218B7A1C-9133-4836-ADCB-588D8ABCA93D
Case: 1:24-cv-03459 Document #: 70-1 Filed: 08/23/24 Page 6 of 12 PageID #:2266

INVOICE NUMBER: 24cv03459 - #1

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-07-24 | 240225001.CC | Reviewing and analyzing US Design Patent D893,123 S, newly provided by the clients, and searching for potential infringing products. Reviewing and analyzing an utility patent application filed by the owner of Safe&Safety Inc. Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding potential assertions using the aforementioned patent and patent application. | 0.90 | $600.00 | $540.00 |
| APR-08-24 | 240225001.CC | Drafting a simplified pre-suit infringement analysis report per the clients' request, and corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the issues identified therein. | 1.10 | $600.00 | $660.00 |
| APR-09-24 | 240225001.CC | Conducting pre-suit investigation regarding potential infringing products on Amazon.com, collecting information regarding the infringing products and infringing entity/individuals in preparation of drafting the Complaint for patent infringement, and finalizing list of defendants and accused products. | 5.30 | $600.00 | $3,180.00 |
| APR-12-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding compliance with patent marking and confirmation of pre-litigation information. | 0.10 | $600.00 | $60.00 |
| APR-14-24 | 240225001.CC | Corresponding with Mr. Ziyang Bao and Mr. Shaoyi Che regarding re-designing product packaging to include patent marking, reviewing the list of potential infringers, and confirming the list of potential defendants. Corresponding with Mr. Shaoyi Che to relay messages to clients about Amazon's infringement reporting mechanism. | 0.60 | $600.00 | $360.00 |
| APR-15-24 | 240225001.CC | Drafting the Complaint for patent infringement. | 5.60 | $600.00 | $3,360.00 |
| APR-15-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che regarding the status of the CPSC recall affecting the clients' product listings in relation to this matter. Also corresponding with Mr. Ziyang Bao and Mr. Shaoyi Che about compliance with the patent marking requirements, reviewing the clients' website and product listings, and providing opinions on compliance. | 1.10 | $600.00 | $660.00 |
| APR-16-24 | 240225001.CC | Drafting and revising the Complaint and the Schedule A. | 2.40 | $600.00 | $1,440.00 |
| APR-18-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the status of the case and SHENZHEN ZHENGMI TECHNOLOGY CO., LTD.'s payment of the patent license fee. | 0.60 | $600.00 | $360.00 |
| APR-18-24 | 240225001.CC | Preparing the Notice of Claims Involving Patents, the Notification of Affiliates, and the motion to file under seal. | 2.20 | $600.00 | $1,320.00 |

INVOICE NUMBER: 24cv03459 - #1

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-19-24 | 240225001.CC | Drafting Exhibit 2 to the Complaint including detailed information about defendants' online stores and infringing ASINS as well as screenshots highlighting infringing product features. | 7.90 | $600.00 | $4,740.00 |
| APR-19-24 | 240225001.CC | Placing orders for accused products then available on Amazon.com. | 1.30 | $600.00 | $780.00 |
| APR-22-24 | 240225001.CC | Drafting Exhibit 2 to the Complaint including detailed information about defendants' online stores and infringing ASINS as well as screenshots highlighting infringing product features. | 8.30 | $600.00 | $4,980.00 |
| APR-22-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the status of the case and the patent license agreement between SAFE & SAFETY INC. and SHENZHEN ZHENGMI TECHNOLOGY CO., LTD. | 0.30 | $600.00 | $180.00 |
| APR-23-24 | 240225001.CC | Drafting Exhibit 2 to the Complaint including detailed information about defendants' online stores and infringing ASINS as well as screenshots highlighting infringing product features. | 9.10 | $600.00 | $5,460.00 |
| APR-23-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the patent license agreement between SAFE & SAFETY INC. and SHENZHEN ZHENGMI TECHNOLOGY CO., LTD. | 0.40 | $600.00 | $240.00 |
| APR-24-24 | 240225001.CC | Drafting Exhibit 2 to the Complaint including detailed information about defendants' online stores and infringing ASINS as well as screenshots highlighting infringing product features. | 4.30 | $600.00 | $2,580.00 |
| APR-24-24 | 240225001.CC | Replacing orders for accused products then available on Amazon.com after the first batch of orders were cancelled by Amazon.com without explanation or notification. | 1.20 | $600.00 | $720.00 |
| APR-25-24 | 240225001.CC | Drafting Exhibit 2 to the Complaint including detailed information about defendants' online stores and infringing ASINS as well as screenshots highlighting infringing product features. | 8.80 | $600.00 | $5,280.00 |
| APR-26-24 | 240225001.CC | Drafting Exhibit 2 to the Complaint including detailed information about defendants' online stores and infringing ASINS as well as screenshots highlighting infringing product features. | 6.80 | $600.00 | $4,080.00 |
| APR-26-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the exclusive patent license agreement. | 0.40 | $600.00 | $240.00 |

DocuSign Envelope ID: 218B7A1C-9133-4836-ADCB-588D8ABCA93D
Case: 1:24-cv-03459 Document #: 70-1 Filed: 08/23/24 Page 8 of 12 PageID #:2268

INVOICE NUMBER: 24cv03459 - #1

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-27-24 | 240225001.CC | Replacing orders for accused products then available on Amazon.com after the prior two batches of orders were cancelled by Amazon.com without explanation or notification. | 1.40 | $600.00 | $840.00 |
| APR-29-24 | 240225001.CC | Reviewing, revising and finalizing the Complaint and accompanying exhibits for filing, including preparing redacted public versions as required under the local rules. | 5.30 | $600.00 | $3,180.00 |
| APR-29-24 | 240225001.CC | Preparing and finalizing papers accompanying the Complaint for filing, including the Notice of Claims Involving Patents, Civil Cover Sheet, Attorney Appearance Form, Notification of Affiliates, and the motion to file under seal. | 2.30 | $600.00 | $1,380.00 |
| APR-29-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding case status. Filing the Complaint along with sealed schedule and exhibits, sealed motions, and other supporting materials. | 0.60 | $600.00 | $360.00 |
| APR-30-24 | 240225001.CC | Researching and analyzing case authorities granting temporary restraining order and/or preliminary injunctions in utility patent infringement cases. | 7.60 | $600.00 | $4,560.00 |
| MAY-01-24 | 240225001.CC | Researching and analyzing case authorities granting TRO and/or preliminary injunction in infringement actions involving utility patents, including analyzing sample briefs filed by successful movants. | 8.70 | $600.00 | $5,220.00 |
| MAY-02-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the reinstatement of product listings that were deactivated in connection with case 24-cv-03459, which was affected by the CPSC recall order. | 0.40 | $600.00 | $240.00 |
| MAY-02-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding compliance with the patent marking requirement. | 0.10 | $600.00 | $60.00 |
| MAY-03-24 | 240225001.CC | Drafting the motion for temporary restraining order and the supporting memorandum of law. | 9.20 | $600.00 | $5,520.00 |
| MAY-05-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding case status and purchase of sample infringing products. | 0.10 | $600.00 | $60.00 |
| MAY-06-24 | 240225001.CC | Drafting and revising the motion for temporary restraining order and the supporting memorandum of law. | 7.70 | $600.00 | $4,620.00 |
| MAY-06-24 | 240225001.CC | Reviewing the clients' website to check the status of patent marking. Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding compliance with the patent marking requirement. | 0.20 | $600.00 | $120.00 |

INVOICE NUMBER: 24cv03459 - #1

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-07-24 | 240225001.CC | Drafting and revising the memorandum of law supporting the motion for temporary restraining order. | 5.60 | $600.00 | $3,360.00 |
| MAY-07-24 | 240225001.CC | Reviewing the clients' website to check the status of patent marking. Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding compliance with the patent marking requirement and explaining the possibilities of obtaining a TRO for utility patent infringement. Researching and providing case precedent regarding the same. | 0.60 | $600.00 | $360.00 |
| MAY-08-24 | 240225001.CC | Analyzing case authorities granting temporary restraining orders based on infringement of utility patents and drafting the declaration of Mr. Ziyang Bao in support of the motion for temporary restraining order. | 7.40 | $600.00 | $4,440.00 |
| MAY-08-24 | 240225001.CC | Reviewing the clients' website to check the status of patent marking. Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding compliance with the patent marking requirement. | 0.30 | $600.00 | $180.00 |
| MAY-09-24 | 240225001.CC | Drafting and revising motion for service by publication and email. | 1.60 | $600.00 | $960.00 |
| MAY-09-24 | 240225001.CC | Drafting the motion to file under seal. | 0.60 | $600.00 | $360.00 |
| MAY-09-24 | 240225001.CC | Reviewing the clients' website to check the status of patent marking and creating sample marking information for the clients' reference. Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding compliance with the patent marking requirement. | 0.40 | $600.00 | $240.00 |
| MAY-09-24 | 240225001.CC | Researching and analyzing sample temporary restraining orders and drafting the proposed temporary restraining order. | 3.80 | $600.00 | $2,280.00 |
| MAY-10-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding issues and information in Mr. Ziyang Bao's declaration. Discussing and confirming the relationship between ZM-warrior and the clients. Revising and updating the declaration and related memorandum based on the information provided by the clients. Filing the motion for a TRO and motion for service by publication and Email, supported by the corresponding memorandum. | 3.90 | $600.00 | $2,340.00 |
| MAY-10-24 | 240225001.CC | Revising and finalizing the motion to file under seal and the motion for service by publication and email for filing. | 0.60 | $600.00 | $360.00 |
| MAY-10-24 | 240225001.CC | Revising and finalizing the motion for temporary restraining order, the supporting memorandum and Mr. Bao's declaration for filing. | 5.60 | $600.00 | $3,360.00 |
| MAY-13-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding their patent marking status. | 0.20 | $600.00 | $120.00 |

DocuSign Envelope ID: 218B7A1C-9133-4836-ADCB-588D8ABCA93D
Case: 1:24-cv-03459 Document #: 70-1 Filed: 08/23/24 Page 10 of 12 PageID #:2270

INVOICE NUMBER: 24cv03459 - #1

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-16-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the status of the TRO motion. | 0.10 | $600.00 | $60.00 |
| MAY-20-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the payment for sample infringing products that have been ordered and case strategy in the event that the TRO is not granted. | 0.40 | $600.00 | $240.00 |
| MAY-22-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the status of the TRO motion. | 0.10 | $600.00 | $60.00 |
| MAY-28-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the status of the TRO motion and corresponding with the court deputy concerning the same. Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding status of patent license fee. | 0.30 | $600.00 | $180.00 |
| MAY-30-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the status of the TRO motion. | 0.10 | $600.00 | $60.00 |
| JUN-03-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the payment for sample infringing products that have been ordered. | 0.10 | $600.00 | $60.00 |
| JUN-06-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the payment for sample infringing products that have been ordered. | 0.10 | $600.00 | $60.00 |
| JUN-11-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the case status especially the status of motion for TRO. | 0.30 | $600.00 | $180.00 |
| JUN-24-24 | 240225001.CC | Reviewing of the TRO order dated June 24, 2024, and corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the requirements specified in the order and confirming the patent marking status of the clients' products. Corresponding with Amazon to request its compliance with the TRO order. | 1.20 | $600.00 | $720.00 |
| JUN-25-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the bond requirement in accordance with the Court TRO order dated 6/24/2024, and the arrangement of fees for sample infringing products that have been ordered. | 0.60 | $600.00 | $360.00 |

INVOICE NUMBER: 24cv03459 - #1

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-26-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding case strategy, reorganizing defendants' information and creating clickable document for the clients to check and track the status of infringing product links, and purchasing a money order and filing the money order bond with the Court in accordance with the Court's TRO order dated June 24, 2024. | 3.50 | $600.00 | $2,100.00 |
| JUN-27-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding the clients' questions about the deactivation of defendants' listings. Discussing case strategy with Mr. Shaoyi Che to relay messages to the clients. Verifying the deactivated infringing listings and researching the reasons why certain listings were not deactivated. Reviewing infringing listing information provided by Mr. Shaoyi Che. | 1.40 | $600.00 | $840.00 |
| JUN-28-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the client regarding the email that the clients received from service@grimtrons.com. Researching and discussing case strategies based on the information disclosed in this email. Reviewing the Release Agreement between Safe&Safety Inc. and The Gunbox Inc. Reviewing the updated Seller List.xlsx and researching the still active product listings. Preparing correspondence with Amazon to request listing deactivation. | 4.60 | $600.00 | $2,760.00 |
| JUN-29-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding case strategy. Reviewing defendants' docket filings. | 0.40 | $600.00 | $240.00 |
| JUL-01-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding case strategy . | 1.40 | $600.00 | $840.00 |
| JUL-01-24 | 240225001.CC | Corresponding with opposing counsel regarding their requests for sealed documents. Reviewing defendants' Emergency Motion for Providing All Sealed Filings and researching and working on the response to the motion. | 0.60 | $600.00 | $360.00 |
| JUL-02-24 | 240225001.CC | Corresponding with Mr. Shaoyi Che to relay messages to the clients regarding case strategy, certain defendants' emergency motion, preparing for the court's emergency motion hearing, and organizing and transferring sealed case files. | 1.60 | $600.00 | $960.00 |
| | | Total amount of this invoice | | | $112,860.00 |

| ACCOUNT INFORMATION | |
|---|---|
| Prior account balance | $0.00 |
| Payment MAR-21-2024 - Wire Transfer | ($10,000.00) |
| Invoice 24cv03459 - #1 JUL-03-2024 | $112,860.00 |
| Current account balance | $102,860.00 |

## Pay.gov Payment Confirmation: ILLINOIS NORTHERN DISTRICT COURT

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>  Mon, Apr 29, 2024 at 4:56 PM
Reply-To: Operations_Supervisors@ilnd.uscourts.gov
To: zheng.gong@shinyrise.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ILND CMECF Help Desk at 312-582-8727.

Account Number: 6540177
Court: ILLINOIS NORTHERN DISTRICT COURT
Amount: $405.00
Tracking Id: AILNDC-21910035
Approval Code: 09403G
Card Number: ************3772
Date/Time: 04/29/2024 05:56:46 ET

NOTE: This is an automated message. Please do not reply