IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAFE&SAFETY INC. and SHENZHEN ZHENGMI TECHNOLOGY CO., LTD,<br><br>*Plaintiff*,<br><br>v.<br><br>THE INDIVIDUALS AND ENTITIES IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>*Defendants*. | CASE NO. 24-cv-3459 |

**STATUS REPORT AS TO REMAINING DEFENDANTS**

Plaintiffs, Safe&Safety Inc. and Shenzhen ZhengMi Technology Co., LTD, respectfully submit this Status Report.

Plaintiffs served all Defendants on July 22, 2024, with Answers due on August 7, 2024.

Plaintiffs later consented to an adjournment with the nine (9) Glacier[1] Defendants, and engaged in settlement discussions. Parties did not come to an agreement in the end and have now submitted a joint R26f report with a proposed schedule for this case. *See* Dkt. 98.

Out of the Eighty-One (81) Defendants, eight (8) Defendant have been dismissed from this case[2]. *See* Dkts. 55, 58, 73 and 81. Six (6) Defendants have appeared and filed responsive pleadings

---

[1] The following defendants are represented by the law firm of Glacier Law LLP: Shenzhen Mengdan Technology Co., Ltd. d/b/a Smartliving Magicegg ("Smartliving Magicegg"), Ningbo Yinzhou Runping Trading Co, Ltd, d/b/a RPNB ("RPNB"), Dongguan Hua'ang Electronics Technology Co, Ltd, d/b/a KKN Store ("KKN Store"), Shenzhen Yiluo Technology Co., Ltd., d/b/a BILLCONCH ("BILLCONCH"), Dongguan Huaxun Plastic Technology Co., Ltd., d/b/a huaxundirect ("huaxundirect"), Shenzhen Yunli Design Co., Ltd., d/b/a CLOUDESIGN-US ("CLOUDESIGN-US"), YUYAO DINGHUI OPTICAL INSTRUMENT CO., LTD., d/b/a Langger ("Langger"), NINGBO MOYU TRADING CO., LTD., d/b/a SECURITY SAFE ("SECURITY SAFE"), SHAOXING KEFEI DIGITAL CO., LTD, d/b/a VoleStay Safe ("VoleStay Safe"). These defendants are referred to as "Glacier Defendants".

[2] The voluntarily dismissed defendants are: odaiqichewenhuachuanmeiShenzhenyouxiangongsi d/b/a movgul-us, ningboshuyianfangshebeiyouxiangongsi d/b/a SOULYI SAFE, Shenzhenshiweizhengkejiyouxiangongsi d/b/a MOLICAR-US, Shenzhenshixinxinxiangrongdianzishangwuyouxianzerengongsi d/b/a HOLEWOR-US, Jiangxi Fingerprint Intelligent Technology Co., Ltd. d/b/a Pineworld Factory US, Shanxizhixinzhinengkejiyouxiangongsi d/b/a PINEWORLD Direct, DLUMOND (Amazon, Seller ID: A3ACI9N0BZM5X8), and HEZHONG INTERNATIONAL ELECTRONIC LIMITED d/b/a Safebao.

and are represented by Attorney Pete Wolfgram.[3] One (1) additional Defendant[4] has appeared pro se and filed a responsive pleading without retaining counsel. *See* Dkt. 75. Sixty-six (66) remaining Defendants did not appear in the case.

For the Defendants represented by Attorney Pete Wolfgram, counsel for Plaintiffs will continue to follow up with these Defendants to confer on a discovery schedule. Plaintiffs respectfully request that this Court issue a minute order setting a deadline by which time the parties shall file a joint discovery plan.

For the non-appearing Defendants, Plaintiffs will move for a default judgment after 14 days of notice.

Date: July 30, 2025

Respectfully submitted,

*/s/ Shaoyi Che*
Shaoyi Che
Texas Bar No. 24139843
*Admitted to N.D. Ill.*
YoungZeal LLP
9355 John W. Elliott Dr, Ste 25555
Frisco, TX 75033
Telephone: (717) 440-3382
che@yzlaw.com
***Attorney for Plaintiffs***

---

[3] The following defendants are represented by Attorney Pete Wolfgram of Stratum Law LLC: ZLJUAN, Karmila, Grimtron's Safety Store, MD MADOATS, Ninetystar US, GUVELI SAFE.
[4] Ning Bo Dong Ying Ji Li Electronics LTD. appeared pro se and filed a responsive pleading.

## CERTIFICATE OF FILING

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on July 30, 2025.

*/s/ Shaoyi Che*
Shaoyi Che
