IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAFE&SAFETY INC. and SHENZHEN ZHENGMI TECHNOLOGY CO., LTD<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS AND ENTITIES IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:24-cv-3459<br><br>Hon. Judge John F. Kness<br><br>Magistrate Judge Jeannice W. Appenteng |

## **MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW Defendants Z ZLJUAN SAFE and Grimtron's Safety Store ("Defendants") move the Court for leave to withdraw the appearance of their current counsel of record, attorney Pete Wolfgram from the law firm Stratum Law LLC, and substitute attorneys Katherine M. Kuhn, Joseph W. Droter, and David Silver from the firm Bayramoglu Law Offices, LLC as counsel of record pursuant to Local Rule 83.17 and respectfully states as follows:

1. Attorney Pete Wolfgram from the law firm Stratum Law LLC is presently counsel of record for Defendants.

2. The representation of the two Defendants referenced above in this matter by Bayramoglu Law Offices will not affect the current case schedule.

3. Please terminate Pete Wolfgram from the docket sheet as counsel of record and replace him with Katherine M. Kuhn, Joseph W. Droter, and David Silver from the law firm Bayramoglu Law Offices, LLC.

DATED: August 20, 2025                                    Respectfully submitted,

By: */s/ Pete Wolfgram*                                   By: */s/ David Silver*
Pete Wolfgram                                             David Silver (NV Bar No. 15641)
pwolfgram@stratumlaw.com                                  Katherine M. Kuhn (Bar No. 6331405)
STRATUM LAW LLC                                           Joseph W. Droter (Bar No. 6329630)
E. York St. Ste. 223                                      **BAYRAMOGLU LAW OFFICES LLC**
Philadelphia, PA, 19125                                   233 S. Wacker Drive, 44th Floor, #57
                                                          Chicago, IL 60606
                                                          Tel: (702) 462-5973 | Fax: (702) 553-3404
                                                          David@bayramoglu-legal.com
                                                          Katherine@bayramoglu-legal.com
                                                          Joseph@bayramoglu-legal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ David Silver*
David Silver
**BAYRAMOGLU LAW OFFICES LLC**