**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| SAFE&SAFETY INC. *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS AND ENTITIES IDENTIFIED ON SCHEDULE A TO THE COMPLAINT<br><br>Defendants. | **Case No.: 24-cv-03459**<br><br>**Judge John F. Kness** |

## PLAINTIFF'S MOTION TO RELEASE BOND

Plaintiffs Safe&Safety Inc. and Shenzhen ZhengMi Technology Co., Ltd. (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move for an order to release bond.

Plaintiffs previously submitted such request through the proposed default judgment order. However, Plaintiffs' counsel mistakenly presented the type of bond as surety bond. In fact, Plaintiffs posted a cash bond. Plaintiffs' counsel regrets this clerical mistake.

Therefore, Plaintiffs respectfully request that this Court issue an minute order directing the Clerk of the Court to release the ten thousand dollar ($10,000) cash bond to Plaintiffs' counsel, together with any accrued interest.

**WHEREFORE**, Plaintiffs respectfully request that the Court order that the ten thousand

dollar ($10,000) cash bond posted by Plaintiffs is hereby released to Plaintiffs' counsel, YoungZeal

LLP, with accrued interest.

Date: May 6, 2026

Respectfully submitted

By: */s/ Shaoyi Che*

Shaoyi Che
TX# 24139843
YoungZeal LLP
9355 John W. Elliott Dr, Ste 25555
Frisco, TX 75033
Telephone: (717) 440-3382
che@yzlaw.com

**CERTIFICATE OF SERVICE**

I, Shaoyi Che, hereby certify that on May 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all participating counsel of record.

/s/ Shaoyi Che
Shaoyi Che